UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

   v.                                      Case No. 19-cv-204-LM

State of New Hampshire

**REPORT AND RECOMMENDATION**

     Pro se prisoner Paul Blackmer has filed a document entitled, "Huh?" (Doc. No. 1). In "Huh?", Blackmer expresses confusion or dismay regarding letters he has received from this court's clerk's office; he expresses dissatisfaction with the processing of his filings in the state courts; and he seeks a hearing here at which his criminal defense counsel would produce a state court transcript and testify regarding information Blackmer believes would undermine the validity of his conviction.[1]

     This court's clerk's office docketed "Huh?" (Doc. No. 1) as a civil rights complaint. Blackmer has filed a motion to proceed in forma pauperis (Doc. No. 3) at this time. Blackmer, however, is subject to the three strikes restriction set forth

---

[1] Blackmer's intent in filing, "Huh?" (Doc. No. 1), is not entirely clear. To the extent Blackmer intended to file a proceeding in this court in the nature of a petition seeking relief under 28 U.S.C. § 2254, this court would not have jurisdiction over that petition as it would be deemed successive. See Blackmer v. New Hampshire, No. 17-cv-41-SM (D.N.H. May 10, 2017) (ECF No. 13) (approving Apr. 17, 2017 R&R (ECF No. 5)).

in 28 U.S.C. § 1915(g).  See Blackmer v. Merrimack Cty. Super. Ct., No. 12-cv-461-JD, 2013 WL 322209, 2013 U.S. Dist. LEXIS 10965 (D.N.H. Jan. 8, 2013), R&R adopted, No. 12-cv-461-JD, 2013 WL 322201, 2013 U.S. Dist. LEXIS 10969 (D.N.H. Jan. 28, 2013), aff'd, No. 13-1407 (1st Cir. Mar. 7, 2014).  This means that unless Blackmer shows that he is exposed to an "imminent danger of serious physical injury," an in forma pauperis application must be denied.  28 U.S.C. § 1915(g).  Blackmer's filings fail to show that he is in imminent danger of any serious physical injury.  Accordingly, the district judge should deny the motion for leave to proceed in forma pauperis (Doc. No. 3), and order Blackmer to pay the filing fee within thirty days, to avoid dismissal of this civil rights case.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

*Andrea K. Johnstone*
Andrea K. Johnstone
United States Magistrate Judge

April 16, 2019

cc:  Paul Blackmer, pro se