UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

    v.                                                      Case No. 19-cv-204-LM

NH, State of

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 16, 2019.

_____
Landya B. McCafferty
Chief Judge

Date: November 30, 2019

cc: Paul Blackmer, pro se